# Exhibit L

# CENTER FOR DRUG EVALUATION AND RESEARCH

*APPLICATION NUMBER:*

# 020687Orig1s020

# RISK ASSESSMENT and RISK MITIGATION REVIEW(S)



DEPARTMENT OF HEALTH & HUMAN SERVICES

Food and Drug Administration
10903 New Hampshire Avenue
Building #51
Silver Spring, MD 20993

DATE: March 28, 2016

FROM: Janet Woodcock, MD
Director, Center for Drug Evaluation and Research

THRU: (b) (6)

TO: (b) (6)

RE: NDA 020687, Supp 20

The currently approved REMS for Mifeprex contains a Patient Agreement Form required to be signed by both the patient and the prescriber. During the review of the REMS in connection with supplement 20 to NDA 020687 submitted by the sponsor, (b) (6) found that the information contained in the Patient Agreement Form is generally duplicative of information in the Medication Guide and of information and counseling provided to patients under standard informed consent practices for medical care and under professional practice guidelines. For the reasons further described in their reviews, the reviewers recommended that the Patient Agreement Form be removed from the REMS.

After being briefed on the planned changes to the NDA that the Center was considering, the Commissioner concluded that continuing the REMS requirement for a signed Patient Agreement Form would not interfere with access and would provide additional assurance that the patient is aware of the nature of the procedure, its risks, and the need for appropriate follow-up care. He requested that the Patient Agreement Form be retained as an element of the REMS.

Therefore, I have asked (b) (6) and (b) (6) to continue to include a Patient Agreement Form in the REMS for Mifeprex.

Reference ID: 3909487

---------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------

/s/

----------------------------------------------------

(b) (6)

03/29/2016

adding to for the record

Reference ID: 3909487