IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

WHOLE WOMAN'S HEALTH ALLIANCE, et al.

    Plaintiffs,

v.

UNITED STATES FOOD AND DRUG
ADMINISTRATION, et al.,

    Defendants.

Case No. 3:23-cv-00019-NKM

**MOTION FOR ADMISSION PRO HAC VICE OF RABIA MUQADDAM**

I, Gail Deady, am a member in good standing of this Court. I am moving pursuant to L.R. 6(d), for the admission of Rabia Muqaddam to appear *pro hac vice* in this case as counsel for Plaintiffs.

We certify that:

1.    The proposed admittee is not a member of the Virginia Bar and does not maintain any law office in Virginia.

2.    The proposed admittee is a member in good standing of the bars of the following State and United States Courts:

    a.    Supreme Court of the United States, Admitted: December 30, 2019

    b.    State Bar of New York, Admitted: February 9, 2015

    c.    U.S. Court of Appeals for the First Circuit, Admitted: August 23, 2019

    d.    U.S. Court of Appeals for the Fifth Circuit, Admitted: August 20, 2020

    e.    U.S. Court of Appeals for the Sixth Circuit, Admitted: September 3, 2020

    f. U.S. Court of Appeals for the Ninth Circuit, Admitted: March 9, 2020

    g. U.S. District Court for the Eastern District of New York, Admitted: December 15, 2015

    h. U.S. District Court for the Southern District of New York, Admitted: December 15, 2015

  3. Ms. Muqaddam has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

  4. Ms. Muqaddam is familiar with the Virginia Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court.

  5. Ms. Muqaddam understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

  6. Ms. Muqaddam understands that she shall be subject to the disciplinary rules, conditions, and procedures set forth in this Court's Rules of Disciplinary Enforcement.

  7. Ms. Muqaddam will promptly register for the CM/ECF in this Court.

  8. The $100.00 fee for admission *pro hac vice* accompanies this motion.

  We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Gail Deady | /s/ Rabia Muqaddam |
| Gail M. Deady | Rabia Muqaddam |
| Virginia Bar Number: 82035 | Attorney for Plaintiffs |
| Attorney for Plaintiffs | Center for Reproductive Rights |
| Center for Reproductive Rights | 199 Water Street, 22nd Floor |
| 199 Water Street, 22nd Floor | New York, New York 10038 |
| New York, New York 10038 | Phone: (917) 637-3645 |
| Phone: (917) 637-3726 | Fax: (917) 637-3666 |
| Fax: (917) 637-3666 | [Email: rmuqaddam@reprorights.org] |
| [Email: gdeady@reprorights.org] | |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of May 2023, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which constitutes service on ECF registered users.

      /s/ Gail Deady
Gail M. Deady
Virginia Bar Number: 82035
Attorney for Plaintiffs
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, New York 10038
Phone: (917) 637-3726
Fax: (917) 637-3666
[Email: gdeady@reprorights.org]