IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

WHOLE WOMAN'S HEALTH ALLIANCE, et al.,

Plaintiffs,

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.,

Defendants.

Case No. 3:23-cv-00019-NKM

**[PROPOSED] ORDER**

Before the Court is a Motion for Admission *Pro Hac Vice* of Rabia Muqaddam. Having fully considered the Motion, and any responses and replies thereto, the Court shall **GRANT** the Motion for Ms. Muqaddam to appear pro hac vice in the above-referenced matter.

**IT IS SO ORDERED.**

_____          _____
U.S. District Judge                                          Date