IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

---

WHOLE WOMAN'S HEALTH ALLIANCE; et al.,

    Plaintiffs,

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION; et al.,

    Defendants.

Case No. 3:23-cv-00019-NKM

---

**CERTIFICATE OF SERVICE**

I, Avery Coombe, declare under penalty of perjury under the laws of the District of Columbia and of the United States of America that I am a resident of Washington, D.C., over the age of eighteen years, not a party to the above-entitled action, and am competent to be a witness herein.

On May 8th, 2023, I served copies of the following documents:

1. Complaint, with Exhibits A–Q and Exhibit List (ECF Nos. 1 – 1-18)

2. Civil Cover Sheet (ECF No. 1-19)

3. Summonses (ECF Nos. 9 – 9-8)

4. Whole Woman's Health Corporate Disclosure Statement (ECF No. 2)

5. Whole Woman's Health Alliance Corporate Disclosure Statement (ECF No. 3)

6. Whole Woman's Health of the Twin Cities, LLC Corporate Disclosure Statement (ECF No. 4)

7. Blue Mountain Clinic Corporate Disclosure Statement (ECF No. 5)

1

8. All Families Healthcare Corporate Disclosure Statement (ECF No. 6)

9. Trust Women Corporate Disclosure Statement (ECF No. 7)

10. Plaintiffs' Motion for Preliminary Injunction (ECF No. 8)

11. [Proposed] Order Granting Plaintiffs' Motion for Preliminary Injunction (ECF No. 8-1)

12. Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 10)

13. Declaration of Amy Hagstrom-Miller In Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 10-4)

14. Declaration of Nicole K. Smith In Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 10-2)

15. Declaration of Rebecca Tong In Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 10-1)

16. Declaration of Helen Weems MSN, APRN-FNP, In Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 10-3)

17. Motion for Admission *Pro Hac Vice* of Rabia Muqaddam (ECF No. 11)

18. [Proposed] Order Granting Admission *Pro Hac Vice* of Rabia Muqaddam (ECF No. 11-1)

upon Defendants United States Food and Drug Administration, Robert M. Califf, in his official capacity as Commissioner of Food and Drugs, United States Department of Health and Human Services, and Xavier Becerra, in his official capacity as Secretary of the Department of Health and Human Services, via certified mail, addressed as follows:

    United States Food and Drug Administration
    Chief Counsel, Food and Drug Administration
    ATTENTION: LITIGATION
    White Oak Building 31, Room 4544
    10903 Hew Hampshire Ave.
    Silver Spring, MD 20993-0002

Robert M. Calif, Commissioner
Chief Counsel, Food and Drug Administration
ATTENTION: LITIGATION
White Oak Building 31, Room 4544
10903 Hew Hampshire Ave.
Silver Spring, MD 20993-0002

Department of Health & Human Services
c/o General Counsel
200 Independence Avenue, S.W.
Washington, D.C. 20201

Xavier Becerra, Secretary
c/o General Counsel
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

On May 8th, 2023, I served copies of the following documents:

1. Complaint, with Exhibits A–Q and Exhibit List (ECF Nos. 1 – 1-18)

2. Civil Cover Sheet (ECF No. 1-19)

3. Summonses (ECF Nos. 9 – 9-8)

4. Whole Woman's Health Alliance Corporate Disclosure Statement (ECF No. 3)

5. Whole Woman's Health Corporate Disclosure Statement (ECF No. 2)

6. Whole Woman's Health of the Twin Cities, LLC Corporate Disclosure Statement (ECF No. 4)

7. Blue Mountain Clinic Corporate Disclosure Statement (ECF No. 5)

8. All Families Healthcare Corporate Disclosure Statement (ECF No. 6)

9. Trust Women Corporate Disclosure Statement (ECF No. 7)

10. Plaintiffs' Motion for Preliminary Injunction (ECF No. 8)

11. [Proposed] Order Granting Plaintiffs' Motion for Preliminary Injunction (ECF No. 8-1)

12. Memo in Law in Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 10)

13. Declaration of Amy Hagstrom-Miller In Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 10-4)

14. Declaration of Nicole K. Smith In Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 10-2)

15. Declaration of Rebecca Tong In Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 10-1)

16. Declaration of Helen Weems MSN, APRN-FNP, In Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 10-3)

17. Motion for Admission *Pro Hac Vice* of Rabia Muqaddam (ECF No. 11)

18. [Proposed] Order Granting Admission *Pro Hac Vice* of Rabia Muqaddam (ECF No. 11-1)

upon Defendants United States Food and Drug Administration and Robert M. Califf, in his official capacity as Commissioner of Food and Drugs, via email service, addressed as follows:

OC-OCC-FDA-Litigation-Mailbox@fda.hhs.gov

On May 8th, 2023, I served copies of the following documents:

1. Complaint, with Exhibits A–Q and Exhibit List (ECF Nos. 1 – 1-18)

2. Civil Cover Sheet (ECF No. 1-19)

3. Summonses (ECF Nos. 9 – 9-8)

4. Whole Woman's Health Alliance Corporate Disclosure Statement (ECF No. 3)

5. Whole Woman's Health Corporate Disclosure Statement (ECF No. 2)

6. Whole Woman's Health of the Twin Cities, LLC Corporate Disclosure Statement (ECF No. 4)

7. Blue Mountain Clinic Corporate Disclosure Statement (ECF No. 5)

8. All Families Healthcare Corporate Disclosure Statement (ECF No. 6)

4

9. Trust Women Corporate Disclosure Statement (ECF No. 7)

10. Plaintiffs' Motion for Preliminary Injunction (ECF No. 8)

11. [Proposed] Order Granting Plaintiffs' Motion for Preliminary Injunction (ECF No. 8-1)

12. Memo in Law in Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 10)

13. Declaration of Amy Hagstrom-Miller In Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 10-4)

14. Declaration of Nicole K. Smith In Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 10-2)

15. Declaration of Rebecca Tong In Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 10-1)

16. Declaration of Helen Weems MSN, APRN-FNP, In Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 10-3)

17. Motion for Admission *Pro Hac Vice* of Rabia Muqaddam (ECF No. 11)

18. [Proposed] Order Granting Admission *Pro Hac Vice* of Rabia Muqaddam (ECF No. 11-1)

upon Defendants, via certified mail, addressed as follows:

Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W. Washington, D.C. 20530-0000

DATED this 8th day of May, 2023, at Washington, D.C.

*Avery Coombe*