AO 440 (Rev. 06/12) (12/22 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | | |
|---|---|---|
| Whole Woman's Health Alliance, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:23-cv-00019 |
| United States Food and Drug Administration, et al. | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Xavier Becerra, Secretary of Health and Human Services
c/o U.S. Attorney Christopher R. Kavanaugh
United States Attorney's Office, Western District of Virginia
U.S. Courthouse and Federal Building
255 West Main Street, Room 130
Charlottesville, Virginia 22902

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gail Deady (VSB #82035)
Rabia Muqaddam
Center for Reproductive Rights
199 Water Street, 22nd Fl.
New York, NY 10038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*LAURA A. AUSTIN, CLERK OF COURT*

Date: 5/8/2023

*S. Melvin, Deputy Clerk*

*Deputy Clerk*

Civil Action No. 3:23-cv-00019

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Xavier Becerra, Secretary of Health and Human Services c/o U.S. Attorney Christopher R. Kavanaugh

was received by me on *(date)* 05/08/23 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Desiree Audia, Legal Assistant for U.S. Attorney Christopher R. Kavanaugh , who is

designated by law to accept service of process on behalf of *(name of organization)* Xavier Becerra, Secretary of Health and Human Services

on *(date)* 05/09/2023 at 10:57 AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: May 9, 2023

*R. Wayne Tonker (May 9, 2023 14:15 EDT)*

*Server's signature*

R. Wayne Tonker, Process Server
*Printed name and title*

Cavalier CPS, 823-C South King St, Leesburg, VA 20175
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) (12/22 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| Whole Woman's Health Alliance, et al. <br> *Plaintiff* <br> v. <br> United States Food and Drug Administration, et al. <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 3:23-cv-00019 <br> ) <br> ) <br> ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Robert M. Califf, Commissioner of Food and Drugs, U.S. FDA
c/o U.S. Attorney Christopher R. Kavanaugh
United States Attorney's Office, Western District of Virginia
U.S. Courthouse and Federal Building
255 West Main Street, Room 130
Charlottesville, Virginia 22902

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gail Deady (VSB #82035)
Rabia Muqaddam
Center for Reproductive Rights
199 Water Street, 22nd Fl.
New York, NY 10038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*LAURA A. AUSTIN, CLERK OF COURT*

Date: 5/8/2023

S. Mulvey, Deputy Clerk

*Deputy Clerk*

Civil Action No. 3:23-cv-00019

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert M. Califf, Commissioner of Food and Drugs, U.S. FDA c/o U.S. Attorney Christopher R. Kavanaugh
was received by me on *(date)* 05/08/2023 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Desiree Audia, Legal Assistant for U.S. Attorney Christopher R. Kavanaugh , who is designated by law to accept service of process on behalf of *(name of organization)* Robert M. Califf, Commissioner of Food and Drugs, U.S. FDA
on *(date)* 05/09/2023 at 10:57 AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: May 9, 2023

Server's signature: *R. Wayne Tonker (May 9, 2023 14:15 EDT)*

R. Wayne Tonker
*Printed name and title*

Cavalier CPS, 823-C South King St, Leesburg, VA 20175
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) (12/22 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| Whole Woman's Health Alliance, et al. <br> *Plaintiff* <br> v. <br> United States Food and Drug Administration, et al. <br> *Defendant* | Civil Action No. 3:23-cv-00019 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* U.S. Department of Health and Human Services
c/o U.S. Attorney Christopher R. Kavanaugh
United States Attorney's Office, Western District of Virginia
U.S. Courthouse and Federal Building
255 West Main Street, Room 130
Charlottesville, Virginia 22902

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gail Deady (VSB #82035)
Rabia Muqaddam
Center for Reproductive Rights
199 Water Street, 22nd Fl.
New York, NY 10038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*LAURA A. AUSTIN, CLERK OF COURT*

Date: 5/8/2023

S. Mulvi, Deputy Clerk

*Deputy Clerk*

AO 440 (Rev. 06/12) (12/22 WD/VA)  Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00019

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Health and Human Services c/o U.S. Attorney Christopher R. Kavanaugh
was received by me on *(date)* 05/08/2023 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Desiree Audia, Legal Assistant for U.S. Attorney Christopher R. Kavanaugh , who is
designated by law to accept service of process on behalf of *(name of organization)* U.S. Department of Health and Human Services
on *(date)* 05/09/2023 at 10:57 AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: May 9, 2023

*R. Wayne Tonker (May 9, 2023 14:15 EDT)*
*Server's signature*

R. Wayne Tonker, Process Server
*Printed name and title*

Cavalier CPS, 823-C South King St, Leesburg, VA 20175
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) (12/22 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE et al *Plaintiff* | ) ) ) ) | |
| v. | ) | Civil Action No. 3:23-cv-00019 |
| UNITED STATES FOOD AND DRUG ADMINISTRATION et al. *Defendant* | ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* United States Food and Drug Administration
c/o U.S. Attorney Christopher R. Kavanaugh
United States Attorney's Office, Western District of Virginia
U.S. Courthouse and Federal Building
255 West Main Street, Room 130
Charlottesville, Virginia 22902

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gail Deady (VSB # 82035)
Rabia Muqaddam
Center for Reproductive Rights
199 Water St, 22nd Fl
New York, NY 10038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*LAURA A. AUSTIN, CLERK OF COURT*

Date: 5/8/2023

*Deputy Clerk*

Civil Action No. 3:23-cv-00019

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Food and Drug Administration c/o U.S. Attorney Christopher R. Kavanaugh

was received by me on *(date)* 05/08/2023 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Desiree Audia, Legal Assistant for U.S. Attorney Christopher R. Kavanaugh , who is designated by law to accept service of process on behalf of *(name of organization)* United States Food and Drug Administration
on *(date)* 05/09/2023 at 10:57 AM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: May 9, 2023

*R. Wayne Tonker (May 9, 2023 14:15 EDT)*
Server's signature

R. Wayne Tonker, Process Server
*Printed name and title*

Cavalier CPS, 823-C South King St, Leesburg, VA 20175
*Server's address*

Additional information regarding attempted service, etc: