AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| Whole Woman's Health Alliance; et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:23-cv-00019-NKM |
| United States Food and Drug Administration; et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                                                                                                                            .

Date:  05/09/2023

*[signature]*
*Attorney's signature*

Rabia Muqaddam, NY Bar # 5319413 Admitted PHV
*Printed name and bar number*
Center for Reproductive Rights
199 Water St. Fl. 22
New York, NY 10038

*Address*

rmuqaddam@reprorights.org
*E-mail address*

(917) 715-4172
*Telephone number*

N/A
*FAX number*