UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE, *et al.*,<br><br>               Plaintiffs,<br><br>v.<br><br>FOOD AND DRUG ADMIN., *et al.*,<br><br>               Defendants. | Case No. 3:23-cv-00019-NKM |

**[PROPOSED] ORDER GRANTING EMERGENCY MOTION FOR EXTENSION OF TIME**

Upon consideration of Defendants' Emergency Motion for Extension of Time, and for good cause shown, it is hereby ORDERED that Defendants' motion is GRANTED. Defendants SHALL FILE their response to Plaintiffs' Motion for a Preliminary Injunction no later than June 6, 2023.

SO ORDERED.

_____                                              _____
Date                                                                    Hon. Norman K. Moon
                                                                              United States District Judge