# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE, *et al.*, <br><br>        Plaintiffs, <br><br>    v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br>        Defendants. | Case No. 3:23-cv-00019-RSB |

## NOTICE OF APPEARANCE

I, Isaac C. Belfer, hereby notify the Court and all parties of record of my appearance in this case as counsel for Defendants. This notice affirms that I am admitted, or otherwise authorized, to practice before this Court.

June 5, 2023        Respectfully submitted,

         */s/ Isaac C. Belfer*
         ISAAC C. BELFER
         Trial Attorney
         Consumer Protection Branch
         Civil Division
         U.S. Department of Justice
         P.O. Box 386
         Washington, DC  20044-0386
         (202) 305-7134
         (202) 514-8742 (fax)
         Isaac.C.Belfer@usdoj.gov

### Certificate of Service

I certify that the foregoing was served on all counsel of record via ECF on June 5, 2023.

*/s/ Isaac C. Belfer*
Isaac C. Belfer