UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | Case No. 3:23-cv-00019-RSB |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY PROCEEDINGS**

Upon consideration of Defendants' Motion to Stay Proceedings, and for good cause shown, it is hereby ORDERED that Defendants' motion is GRANTED. Proceedings in this matter are STAYED pending resolution of appellate proceedings—including any timely-filed petition for writ of certiorari—relating to the April 7, 2023 order entered by the Northern District of Texas in *Alliance for Hippocratic Medicine, et al. v. FDA, et al.*, No. 2:22-cv-223-Z. *See* 2023 WL 2825871 (N.D. Tex. Apr. 7, 2023). Within two weeks of the resolution of such proceedings, the parties SHALL FILE a joint status report.

SO ORDERED.

_____                                                  _____
Date                                                                        Hon. Robert S. Ballou
                                                                                 United States District Judge