IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 3:23-cv-19 |
| v. | ) ) ) | |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*, | ) ) ) | By: Hon. Robert S. Ballou United States District Judge |
| Defendants. | ) ) ) | |

## ORDER

This matter is before the Court on Plaintiffs' motion for a preliminary injunction (Dkt. 8) and Defendants' motion to stay proceedings (Dkt. 25). The Court held a hearing on these motions on June 8, 2023, and outlined the following briefing schedule:

- By June 16, 2023, Plaintiffs shall file any response in opposition to Defendants' motion to stay proceedings and any reply in support of Plaintiffs' motion for a preliminary injunction.

- By June 30, 2023, Defendants shall file any reply in support of Defendants' motion to stay proceedings and any response to new issues raised by Plaintiffs at the June 8, 2023 hearing or in Plaintiffs' response in opposition to Defendants' motion to stay proceedings.

- By July 7, 2023, Plaintiffs shall file any reply to Defendants' arguments regarding the preliminary injunction.

Entered:  June 9, 2023

*Robert S. Ballou*

Robert S. Ballou
United States District Judge