# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Whole Woman's Health Alliance, et al,**

v.

**United States Food and Drug Administration, et al.**

Action No: 3:23-cv-00019

Date:   6/8/23

Judge:   Robert S. Ballou, USDJ

Court Reporter:   Lisa Blair, OCR

Deputy Clerk:   Karen Dotson

<u>Plaintiff Attorney(s)</u>
Gail Marie Deady
Rabia Muqaddam

<u>Defendant Attorney(s)</u>
Noah T. Katzen
Peter Dickos

PROCEEDINGS:

Motion Hearing:

All parties present for hearing on motion

Doc #8 - MOTION for Preliminary Injunction by All Families Healthcare, Blue Mountain Clinic, Trust Women Foundation, Helen Weems, APRN-FNP, Whole Woman's Health, Whole Woman's Health Alliance, Whole Woman's Health of the Twin Cities, LLC

Ms. Muqaddam argues motion

Mr. Katzen argues against motion

Rebuttal by Ms. Muqaddam

Parties address motion to stay

Court sets briefing schedule

Court to issue an order

Time in Court: 11:02-1:12=2 hours 10 minutes