# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | Case No. 3:23-cv-00019-RSB |

**JOINT MOTION TO STAY DEFENDANTS' ANSWER OR RESPONSE DEADLINE**

The parties jointly move this Court to stay Defendants' deadline to answer or otherwise respond to the Complaint until after this Court rules on Plaintiffs' Motion for Preliminary Injunction. Good cause exists to grant this Motion, as set forth herein.

1. Plaintiffs filed their Complaint and Motion for Preliminary Injunction on May 8, 2023, and served them upon the United States Attorney's Office on May 9, 2023.

2. Pursuant to Federal Rule of Civil Procedure 12(a)(2), Defendants' deadline to answer or otherwise respond to the Complaint is 60 days from service on the United States Attorney. Because 60 days from May 9 is a Saturday (July 8), Defendants' deadline to answer or otherwise respond to the Complaint is July 10, 2023. *See* Fed. R. Civ. P. 6(a)(1)(C).

3. Plaintiffs' Motion for Preliminary Injunction remains pending before the Court. Briefing on that Motion is scheduled to be completed by July 7, 2023. Because it

would be inefficient to require Defendants to answer or otherwise respond to the Complaint before that motion is resolved, the parties agree that Defendants' deadline should be stayed until this Court resolves the pending Motion for Preliminary Injunction.

4. The parties therefore request that Defendants' deadline to answer or otherwise respond to the Complaint be stayed pending the Court's resolution of Plaintiffs' Motion for Preliminary Injunction. Within two weeks of this Court's ruling on Plaintiffs' motion, the parties will propose a new answer or response deadline.

June 27, 2023

Respectfully submitted,

/s/ Isaac C. Belfer
NOAH T. KATZEN
ISAAC C. BELFER
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428 (Katzen)
(202) 305-7134 (Belfer)
(202) 514-8742 (fax)
Noah.T.Katzen@usdoj.gov
Isaac.C.Belfer@usdoj.gov

*Counsel for Defendants*

/s/ Rabia Muqaddam
Rabia Muqaddam*
Gail M. Deady (VSB No. 82035)
Center for Reproductive Rights
199 Water Street, 22nd Floor

2

New York, New York 10038
Telephone: (917) 637-3600
Fax: (917) 637-3666
rmuqaddam@reprorights.org
gdeady@reprorights.org

*Counsel for Plaintiffs*

*Admitted Pro hac vice

## Certificate of Service

I certify that the foregoing was served on all counsel of record via ECF on June 27, 2023.

*/s/ Isaac C. Belfer*
Isaac C. Belfer