# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) Civil Action No.: 3:23-cv-19 |
| v. | )<br>)<br>) |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*, | ) By: Hon. Robert S. Ballou<br>) United States District Judge<br>) |
| Defendants. | )<br>)<br>) |

## ORDER

For the reasons stated in the Joint Motion to Stay Defendants' Answer or Response Deadline (Dkt. 38), the Motion is **GRANTED** and the Defendants' deadline to answer or otherwise respond to the Complaint shall be **STAYED** pending the Court's resolution of the Plaintiffs' pending Motion for Preliminary Injunction.

It is **SO ORDERED.**

Entered:  June 28, 2023

*Robert S. Ballou*

Robert S. Ballou
United States District Judge