# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )  Civil Action No.: 3:23-cv-00019 |
| v. | )<br>)<br>) |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*, | )  By: Hon. Robert S. Ballou<br>)  United States District Judge |
| Defendants. | )<br>)<br>) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Plaintiffs' Motion for Preliminary Injunction, Dkt. 8, is **DENIED**, and Defendants' Motion to Stay, Dkt. 25, is **TAKEN UNDER ADVISEMENT**. The Parties shall schedule a status conference to discuss a timeline for production of the administrative record within 30 days after this Order is issued.

It is so **ORDERED**.

Entered: August 21, 2023

*Robert S. Ballou*

Robert S. Ballou
United States District Judge