IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE, *et al.*, | ) ) ) |
| Plaintiffs, | ) Civil Action No.: 3:23-cv-19 |
| v. | ) ) ) |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*, | ) By: Hon. Robert S. Ballou ) United States District Judge ) |
| Defendants. | ) ) ) |

## ORDER

The Court held a status conference in this matter by telephone on September 19, 2023. The stay entered by the Supreme Court of the order from the Northern District of Texas blocking the Food and Drug Administration's approval of mifepristone remains in effect (Supreme Court Docket Nos. 22A901 and 22A902) and petitions for certiorari have been filed in those cases. The parties are **DIRECTED** to schedule a status conference within thirty (30) days of the Supreme Court's disposition on a writ of certiorari in <u>FDA, et al., v. Alliance for Hippocratic Medicine, et al.</u>, No. 23-235 (filed Sept. 8, 2023) and <u>Danco Laboratories L.L.C. v. Alliance for Hippocratic Medicine, et al.</u>, No. 23-236 (filed Sept. 8, 2023) and to submit a joint status report forty-eight hours before the scheduled status conference.

It is **SO ORDERED.**

Entered:  September 20, 2023

*Robert S. Ballou*

Robert S. Ballou
United States District Judge