# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | Case No. 3:23-cv-00019-RSB |

### JOINT STATUS REPORT

Pursuant to this Court's September 20, 2023 Order (ECF No. 49), the parties hereby submit this joint status report.

On December 13, 2023, the Supreme Court granted petitions for a writ of certiorari in *FDA v. Alliance for Hippocratic Medicine*, No. 23-235, and *Danco Laboratories, LLC v. Alliance for Hippocratic Medicine*, No. 23-236. Accordingly, the parties agree that this Court should continue to defer setting a deadline for Defendants' answer or a schedule for summary judgment briefing until after the Supreme Court rules in those cases.

The parties will schedule a status conference with this Court within 30 days after the Supreme Court issues its opinion(s) in *FDA v. Alliance for Hippocratic Medicine*, No. 23-235 and *Danco Laboratories, LLC v. Alliance for Hippocratic Medicine*, No. 23-236. The parties will submit a joint status report no less than 48 hours before the scheduled status conference.

| | |
|---|---|
| January 2, 2024 | Respectfully submitted, |
| /s/ Rabia Muqaddam (with permission) | /s/ Noah T. Katzen |
| Rabia Muqaddam* | NOAH T. KATZEN |
| Gail M. Deady (VSB No. 82035) | ISAAC C. BELFER |
| Center for Reproductive Rights | Trial Attorneys |
| 199 Water Street, 22nd Floor | Consumer Protection Branch |
| New York, New York 10038 | Civil Division |
| Telephone: (917) 637-3600 | U.S. Department of Justice |
| Fax: (917) 637-3666 | P.O. Box 386 |
| Email: rmuqaddam@reprorights.org | Washington, DC  20044-0386 |
| Email: gdeady@reprorights.org | (202) 305-2428 (Katzen) |
| | (202) 305-7134 (Belfer) |
| *Counsel for Plaintiffs* | (202) 514-8742 (fax) |
| | Noah.T.Katzen@usdoj.gov |
| *Admitted Pro hac vice | Isaac.C.Belfer@usdoj.gov |
| | |
| | *Counsel for Defendants* |

## Certificate of Service

I certify that the foregoing was served on all counsel of record via ECF on January 2, 2024.

*/s/ Noah T. Katzen*
Noah T. Katzen