# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

Whole Woman's Health Alliance et al

vs.

United States Food and Drug Administration et al

Action No:   3:23cv19
Date:   7/15/2024
Judge:   Robert S. Ballou
Court Reporter:   Lisa Blair
Deputy Clerk:   Kelly Brown

Plaintiff Attorney(s)
Rabia Maqaddam

Defendant Attorney(s)
Noah Katzan
Peter Dickos

PROCEEDINGS:
10:01
Parties present and represented by counsel.   All parties present on Zoom.
Status Hearing
Court addresses parties as to where they are after the Supreme Court's ruling.
Court will set a hearing in May 2025.   Dates will be emailed to parties.
Order forthcoming.
Adjourned.
10:14


Time in Court:   13 min