IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

WHOLE WOMAN'S HEALTH ALLIANCE, et al.

    Plaintiffs,

v.

UNITED STATES FOOD AND DRUG
ADMINISTRATION, et al.,

    Defendants.

Case No. 3:23-cv-00019-NKM

**MOTION FOR ADMISSION PRO HAC VICE OF LINDA GOLDSTEIN**

I, Gail Deady, am a member in good standing of this Court. I am moving pursuant to L.R. 6(d), for the admission of Linda Goldstein to appear *pro hac vice* in this case as counsel for Plaintiffs.

We certify that:

1. The proposed admittee is not a member of the Virginia Bar and does not maintain any law office in Virginia.

2. The proposed admittee is a member in good standing of the bars of the following State and United States Courts:

    a. State Bar of New York, Admitted: March 23, 1987

    b. Supreme Court of the United States, Admitted: October 13, 2015

    c. U.S. Court of Appeals for the Second Circuit, Admitted: October 31, 1988

    d. U.S. Court of Appeals for the Third Circuit, Admitted: April 13, 1988

    e. U.S. Court of Appeals for the Fourth Circuit, Admitted: November 1, 1999

   f. U.S. Court of Appeals for the Seventh Circuit, Admitted: January 29, 1999

   g. U.S. Court of Appeals for the Ninth Circuit, Admitted: June 28, 2007

   h. U.S. Court of Appeals for the for the Tenth Circuit, Admitted: April 8, 2020

   i. U.S. Court of Appeals for the D.C. Circuit, Admitted: April 16, 2018

   j. U.S. District Court for the Southern District of New York, Admitted: October 25, 1988

   k. U.S. District Court for the Eastern District of New York, Admitted: July 22, 1992

   l. U.S. District Court for the Eastern District of Michigan, Admitted: March 13, 2012

 3. Ms. Goldstein has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

 4. Ms. Goldstein is familiar with the Virginia Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court.

 5. Ms. Goldstein understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

 6. Ms. Goldstein understands that she shall be subject to the disciplinary rules, conditions, and procedures set forth in this Court's Rules of Disciplinary Enforcement.

 7. Ms. Goldstein will promptly register for the CM/ECF in this Court.

 8. The $100.00 fee for admission *pro hac vice* accompanies this motion.

 We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Gail Deady | /s/ Linda Goldstein |
| Gail M. Deady | Linda Goldstein |
| Virginia Bar Number: 82035 | Attorney for Plaintiffs |
| Attorney for Plaintiffs | Center for Reproductive Rights |
| Center for Reproductive Rights | 199 Water Street, 22nd Floor |
| 199 Water Street, 22nd Floor | New York, New York 10038 |
| New York, New York 10038 | Phone: (917) 637-3645 |
| Phone: (917) 637-3726 | Fax: (917) 637-3666 |
| Fax: (917) 637-3666 | [Email: lgoldstein@reprorights.org] |
| [Email: gdeady@reprorights.org] | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July 2024, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which constitutes service on ECF registered users.

/s/ Gail Deady
Gail M. Deady
Virginia Bar Number: 82035
Attorney for Plaintiffs
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, New York 10038
Phone: (917) 637-3726
Fax: (917) 637-3666
[Email: gdeady@reprorights.org]
