# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

WHOLE WOMAN'S HEALTH ALLIANCE, et al.,

    Plaintiffs,

  v.

UNITED STATES FOOD AND DRUG
ADMINISTRATION, et al.,

    Defendants.

Case No. 3:23-cv-00019-RSB

## [PROPOSED] ORDER

Before the Court is a Motion for Admission *Pro Hac Vice* of Linda Goldstein. Having fully considered the Motion, and any responses and replies thereto, the Court shall **GRANT** the Motion for Ms. Goldstein to appear pro hac vice in the above-referenced matter.

**IT IS SO ORDERED.**

_____                     _____

U.S. District Judge Robert S. Ballou                           Date