# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE, et al. | |
| Plaintiffs, | |
| v. | Case No. 3:23-cv-00019-RSB |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., | |
| Defendants. | |

## MOTION TO WITHDRAW RABIA MUQADDAM AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Rule 6(i), Plaintiffs Whole Woman's Health Alliance, Whole Woman's Health, Whole Woman's Health of the Twin Cities, LLC, Blue Mountain Clinic, Helen Weems, All Families Healthcare, and Trust Women Foundation ("Plaintiffs"), hereby move to withdraw Rabia Muqaddam as counsel for Plaintiffs in this matter. As of July 26, 2024, Rabia Muqaddam will no longer be employed at the Center for Reproductive Rights and will no longer participate in the above-captioned case.

Gail Deady of the Center for Reproductive Rights will remain as counsel for Plaintiffs.

Dated: July 25, 2024

                                                          Respectfully submitted

                                                          /s/ Rabia Muqaddam
                                                          Rabia Muqaddam
                                                          Attorney for Plaintiffs
                                                          Center for Reproductive Rights
                                                          199 Water Street, 22nd Floor
                                                          New York, New York 10038
                                                          Phone: (917) 637-3726

Fax: (917) 637-3666
[rmuqaddam@reprorights.org]

Gail M. Deady
Virginia Bar Number: 82035
Attorney for Plaintiffs
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, New York 10038
Phone: (917) 637-3726
Fax: (917) 637-3666
[gdeady@reprorights.org]

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July 2024, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which constitutes service on ECF registered users, including Defendants' Counsel.

/s/ Gail Deady
Gail M. Deady
Virginia Bar Number: 82035
Attorney for Plaintiffs
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, New York 10038
Phone: (917) 637-3726
Fax: (917) 637-3666
[gdeady@reprorights.org]
*Counsel for Plaintiff*