IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.,<br><br>　　　　Defendants. | Case No. 3:23-cv-00019-RSB |

**[PROPOSED] ORDER**

　　Before the Court is a Motion to Withdraw Rabia Muqaddam as counsel for Plaintiffs. Having fully considered the Motion, the Court shall **GRANT** the Motion for Ms. Muqaddam to be removed as counsel of record for Plaintiffs in this matter.

**IT IS SO ORDERED.**

_____　　　　　_____

U.S. District Judge Robert S. Ballou　　　　　　　　　　　Date