CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
January 02, 2025
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **WHOLE WOMAN'S HEALTH ALLIANCE, et al.,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) )  Case No.: 3:23-cv-00019 |
| **FOOD AND DRUG ADMIN, et al.,** | ) ) ) |
| **Defendants.** | ) |

## SCHEDULING ORDER

A status conference was held on July 15, 2024. There, the Court adopted the Parties' joint proposed briefing schedule for the cross-motions for summary judgment. This order memorializes the remaining schedule for the response to and hearing of the cross-motions for summary judgment.

1. Plaintiffs filed their motion for summary judgment on October 23, 2024; Defendants responded to Plaintiff's motion and filed a cross-motion for summary for summary judgment on December 18, 2024;

2. Plaintiffs shall file a combined reply in support of their motion for summary judgment and opposition to Defendants' motion for summary judgment no later than February 4, 2025;

3. Defendants shall file their reply in support of their cross-motion for summary judgment no later than March 18, 2025;

4. The Parties shall prepare, and Plaintiffs shall file, a joint appendix containing portions of the administrative record cited in the Parties' briefs no later than April 1, 2025;

5. A hearing for oral argument on the cross-motions for summary judgment shall be held on May 8, 2025 by videoconference on Zoom beginning at 10:00 a.m.

It is so **ORDERED**.

Entered: January 2, 2025

*Robert S. Ballou*

Robert S. Ballou
United States District Judge