# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**Whole Woman's Health Alliance, et al**

vs.

**United States Food and Drug Administration, et al**

Action No:   3:23cv00019
Date:   5/19//2025
Judge:   Robert S. Ballou
Court Reporter:   Frank Austin/ZOOM
Deputy Clerk:   Kelly Brown

Plaintiff Attorney(s)

Linda Goldstein, in person
Gail Deady, by ZOOM

Defendant Attorney(s)

Noah Katzen, in person

PROCEEDINGS:
1:02pm
Parties present and represented by counsel.
Motions hearing:   DE[68] Motion for Summary Judgment, DE[69] Motion for Summary Judgment/Memorandum of Law in Support, DE[71] Cross Motion for Summary Judgment.
Argument.
Rebuttle.
The Court takes this under advisement.
Order forthcoming.
Adjourned.


Time in Court: 3 hours