

**Nick Brown**
# ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
PO Box 40111 • Olympia, WA 98504-0111 • (360) 709-6470

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

June 05, 2025
LAURA A. AUSTIN, CLERK
BY s/ S. MELVIN
   DEPUTY CLERK

June 2, 2025

Clerk's Office
U.S. District Court
210 Franklin Road SW, Suite 540
Roanoke, VA 24011

RE:    **Transcript Order Form**
       **Whole Woman's Health Alliance, et al. v. FDA, et al.**
       **Western District of Virginia No. 3:23-cv-00019**

Dear Clerk:

I have enclosed a completed Transcript Order Form for the hearing conducted in the above noted matter on May 19, 2025 before the Honorable Judge Ballou.

Sincerely,

*Jennah Williams*

Jennah Williams
Paralegal
360-586-6412
jennah.williams@atg.wa.gov

| AO435 (Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** *Please Read Instructions on Page 2.* | FOR COURT USE ONLY DUE DATE: |
|---|---|---|
| **1. REQUESTOR'S INFORMATION:** | NAME: Jennah Williams | TELEPHONE NUMBER: 360-586-6412 |
| DATE OF REQUEST: 6/2/2025 | EMAIL ADDRESS (*Transcript will be emailed to this address.*): jennah.williams@atg.wa.gov | |
| MAILING ADDRESS: PO BOX 40111 | | CITY, STATE, ZIP CODE: Olympia, WA 98504-0111 |
| **2. TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER: Frank Austin  OR CHECK HERE [ ] IF HEARING WAS RECORDED BY FTR | |
| CASE NUMBER: 3:23-cv-00019 | CASE NAME: Whole Woman's Health Alliance et al. v FDA | JUDGE'S NAME: Robert S. Ballou |
| DATE(S) OF PROCEEDING(S): 5/19/2025 | TYPE OF PROCEEDING(S): Motions for Summary Judgment | LOCATION OF PROCEEDING: Charlottesville |
| REQUEST IS FOR: (*Select one*) [✓] FULL PROCEEDING OR [ ] SPECIFIC PORTION(S) (*Must specify below*) SPECIFIC PORTION(S) REQUESTED (*If applicable*): | | |
| **3. SERVICE TURNAROUND CATEGORY REQUESTED:** (*See Page 2 for descriptions of each service turnaround category.*) [✓] Ordinary (30-Day)   [ ] Daily [ ] 14-Day   [ ] Hourly [ ] Expedited (7-Day)   [ ] RealTime [ ] 3-Day | | |
| **4. CERTIFICATION:** By signing below, I certify that I will pay all charges (deposit plus additional). | | |
| DATE: 6/2/2025 | SIGNATURE: *Jennah Williams* | |

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders or by clicking here.

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.



**ATTORNEY GENERAL OF WASHINGTON**
Complex Litigation Division
7141 Cleanwater Dr. SW
P.O. Box 40111
Olympia WA 98504-0111





FIRST CLASS

US POSTAGE PITNEY BOWES

ZIP 98501 $ 000.69⁰
02 4W
0000354548 JUN 02 2025

RECEIVED

JUN 05 2025

USDC Clerk's Office
Mail Room

Clerk's Office
U.S. District Court
210 Franklin Road SW, Suite 540
Roanoke, VA 24011

240118228 C001