IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-00019-RSB |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully submit this Notice of Supplemental Authority regarding the Order Granting Plaintiffs' Motion for Summary Judgment and Denying Defendants' Cross-Motion for Summary Judgment issued in *Purcell v. FDA*, No. 17-00493 JAO-RT (D. Haw. Oct. 30, 2025), attached as Exhibit A. The 79-page opinion in the *Purcell* case holds that the same agency action at issue in this case—the 2023 REMS Decision—violated the APA in three different ways.

*First*, the district court held that the six statutory factors set out in 21 U.S.C. § 355-1(a)(1) "remain relevant even in the context of a [§ 355-1](g)(4)(B) modification because they define what the Agency must consider when deciding whether a drug's benefits outweigh its risks." Ex. A at 39. The district court held that FDA's failure to consider the mandatory § 355-1(a)(1) factors in the 2023 REMS Decision "renders it and the resulting ETASUs arbitrary and capricious." *Id*. at 52.

*Next*, the district court examined FDA's stated reasons for the mifepristone ETASUs and held that each one "demonstrates unexplained logical leaps and conflicts with evidence in the record." *Id*. at 63. FDA's flawed reasoning is yet another ground for the district court's finding that the 2023 REMS Decision is "arbitrary and capricious." *Id*.

*Finally*, the district court examined the record data and faulted FDA for its refusal "to address the Canadian study in any meaningful way coupled with the Agency's selective focus on objective safety data, and its inconsistent use of survey data." *Id*. at 76. The district court further held that when FDA "failed to consider relevant evidence," it acted "arbitrarily and capriciously." *Id*.

DATED: October 31, 2025

                                              Respectfully submitted,

                                              /s/     *Gail M. Deady*
                                              Gail M. Deady
                                              Virginia Bar Number: 82035
                                              Linda C. Goldstein (*pro hac vice*)
                                              CENTER FOR REPRODUCTIVE RIGHTS
                                              199 Water Street, 22nd Floor
                                              New York, New York 10038
                                              Telephone: (917) 637-3600
                                              Fax: (917) 637-3666
                                              Email: gdeady@reprorights.org
                                              Email: lgoldstein@reprorights.org

                                              *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF system.

/s/ *Linda C. Goldstein*
Linda C. Goldstein (*pro hac vice*)
Gail M. Deady
Virginia Bar Number: 82035
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Floor
New York, New York 10038
Telephone: (917) 637-3600
Fax: (917) 637-3666
Email: gdeady@reprorights.org
Email: lgoldstein@reprorights.org

*Counsel for Plaintiffs*