**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| WHOLE WOMAN'S HEALTH ALLIANCE, *et al.*,<br><br>              Plaintiffs,<br><br>     v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>              Defendants. | Case No. 3:23-cv-00019-RSB |

**JOINT MOTION FOR EXTENSION**

On July 23, 2026, this Court granted Plaintiffs' motion for summary judgment in part and denied it in part, and granted Defendants' cross-motion for summary judgment in part and denied it in part. ECF No. 96, at 1. Because Counts III and IV of the Complaint remain pending, the Court ordered the parties to submit a joint status report within 10 days "setting forth their positions on how this case should proceed" with respect to those claims. *Id.* at 1-2.

Pursuant Federal Rule of Civil Procedure 6(b), the parties jointly move that the Court extend their time to file a joint status report to August 28, 2026. Good cause exists for such an extension because (1) Plaintiffs' lead counsel is out of the office on vacation until August 24, 2026, and (2) Defendants' counsel will be out of the office on vacation from July 30, 2026, to August 10, 2026. Therefore, an extension until August 28 is necessary to ensure that counsel have sufficient time to confer on next steps and prepare a joint status report.

July 28, 2026

Respectfully submitted,

*/s/ Gail M. Deady*
GAIL M. DEADY
Virginia Bar Number: 82035
LINDA C. GOLDSTEIN (pro hac vice)
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, New York 10038
Telephone: (917) 637-3600
Fax: (917) 637-3666
gdeady@reprorights.com
lgoldstein@reprorights.com
10903 New Hampshire Avenue
Bldg. 32, Room 4397
Silver Spring, MD 20993

BRETT A. SHUMATE
Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director

*/s/ Noah T. Katzen*
NOAH T. KATZEN
Assistant Branch Director
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20001
(202) 305-2428
noah.t.katzen@usdoj.gov

*Counsel for Plaintiffs*

*Counsel for Defendants*

2