# EXHIBIT A

**From:** (b)(6) @hhs.gov>
**Sent:** Wednesday, September 10, 2025 7:01 PM
**To:** (b)(6) eop.gov> (b)(6) (b)(6) eop.gov>; (b)(6) <(b)(6) @fda.hhs.gov>; (b)(6) <(b)(6) @hhs.gov>; (b)(6) eop.gov> (b)(6) (b)(6) @hhs.gov>
**Cc:** (b)(6) @hhs.gov> (b)(6) @hhs.gov>; (b)(6) @hhs.gov> (b)(6) @hhs.gov>; (b)(6) (b)(6) @hhs.gov>; (b)(6) <(b)(6) @hhs.gov> (b)(6) s.gov>; (b)(6) @hhs.gov>; (b)(6) <(b)(6) @fda.hhs.gov>; (b)(6) <(b)(6) @fda.hhs.gov>
**Subject:** RE: Reevaluation of Mifepristone

Good evening:

Attached is a clean version of the letter. We will wait to email this out tonight until we receive final WH clearance. We will do no press.

Thank you!

(b)(6)
U.S. Department of Health and Human Services

*Predecisional, deliberative, confidential*

---

**From:** (b)(6) eop.gov>
**Sent:** Thursday, September 4, 2025 1:33 PM
**To:** (b)(6) @hhs.gov>; (b)(6) (b)(6) eop.gov>; (b)(6) <(b)(6) @fda.hhs.gov>; (b)(6) <(b)(6) @hhs.gov>; (b)(6) eop.gov> (b)(6) (b)(6) @hhs.gov>
**Cc:** (b)(6) @hhs.gov> (b)(6) @hhs.gov>; (b)(6) @hhs.gov> (b)(6) @hhs.gov>; (b)(6) (b)(6) @hhs.gov>; (b)(6) <(b)(6) @hhs.gov>; (b)(6) (b)(6) hhs.gov>; (b)(6) @hhs.gov>; (b)(6) <(b)(6) @fda.hhs.gov>
**Subject:** RE: Reevaluation of Mifepristone

Thank you all (b)(6) we will need one more look at the WH before it goes out so please send back when you can.

(b)(6)

---

**From:** (b)(6) @hhs.gov>
**Sent:** Wednesday, September 3, 2025 10:52 PM
**To:** (b)(6) eop.gov> (b)(6) (b)(6) eop.gov>; (b)(6) <(b)(6) @fda.hhs.gov>; (b)(6) <(b)(6) @hhs.gov>; (b)(6) eop.gov> (b)(6) (b)(6) @hhs.gov>
**Cc:** (b)(6) @hhs.gov> (b)(6) @hhs.gov>; (b)(6) @hhs.gov> (b)(6) @hhs.gov> (b)(6)

(b)(6) @hhs.gov>; (b)(6) <(b)(6) @hhs.gov>; (b)(6)
(b)(6) @hhs.gov> (b)(6) @hhs.gov>; (b)(6)
<(b)(6) @fda.hhs.gov>
**Subject:** Re: Reevaluation of Mifepristone

Thank you (b)(6) We are reviewing this and will get this letter out asap. (b)(6), could you suggest some times for next week to meet with (b)(6) the study (b)(6) and I will do our best to accommodate.
(b)(6)

---

**From:** (b)(6) eop.gov>
**Sent:** Wednesday, September 3, 2025 11:17:01 AM
**To:** (b)(6) @hhs.gov>; (b)(6)
(b)(6) eop.gov>; (b)(6) <(b)(6) @fda.hhs.gov>; (b)(6)
<(b)(6) @hhs.gov> (b)(6) eop.gov>; (b)(6)
(b)(6) @hhs.gov>
**Cc:** (b)(6) @hhs.gov> (b)(6) @hhs.gov>;
(b)(6) @hhs.gov> (b)(6) @hhs.gov> (b)(6)
(b)(6) @hhs.gov>; (b)(6) <(b)(6) @hhs.gov>; (b)(6)
s.gov> (b)(6) @hhs.gov>; (b)(6)
<(b)(6) @fda.hhs.gov>
**Subject:** RE: Reevaluation of Mifepristone

Hi all,

Please see attached edits from (b)(6). Let me know if we need to discuss – can do a call this evening.

I would also like to request a briefing on the status of the FDA study design and proposed timelines. Thank you!

Best,
(b)(6)

---

**From:** (b)(6) @hhs.gov>
**Sent:** Friday, August 29, 2025 11:49 AM
**To:** (b)(6) eop.gov> (b)(6)
(b)(6) eop.gov>; (b)(6) <(b)(6) @fda.hhs.gov>; (b)(6)
<(b)(6) @hhs.gov>; (b)(6) eop.gov>; (b)(6)
(b)(6) @hhs.gov>
**Cc:** (b)(6) @hhs.gov>; (b)(6) @hhs.gov>;
(b)(6) @hhs.gov (b)(6) @hhs.gov>; (b)(6)
(b)(6) @hhs.gov>; (b)(6) <(b)(6) @hhs.gov>; (b)(6)
s.gov>; (b)(6) @hhs.gov>; (b)(6)
<(b)(6) @fda.hhs.gov>
**Subject:** RE: Reevaluation of Mifepristone

Good morning:

Our (b)(6) has suggested a few additional edits to the letter (attached). We could also strike the words (b)(5) f preferable, in the sentence where that occurs.

(b)(6)

(b)(6)
U.S. Department of Health and Human Services

*Predecisional, deliberative, confidential*

---

**From:** (b)(6)
**Sent:** Tuesday, August 26, 2025 9:07 PM
**To:** (b)(6) eop.gov> (b)(6) (b)(6) eop.gov>; (b)(6) <(b)(6) @fda.hhs.gov>; (b)(6) <(b)(6) @hhs.gov>; (b)(6) eop.gov>; (b)(6) (b)(6) @hhs.gov>
**Cc:** (b)(6) @hhs.gov>; (b)(6) @hhs.gov>; (b)(6) @hhs.gov (b)(6) @hhs.gov> (b)(6) (b)(6) @hhs.gov>; (b)(6) <(b)(6) @hhs.gov> (b)(6) hs.gov>; (b)(6) @hhs.gov>; (b)(6) <(b)(6) @fda.hhs.gov>
**Subject:** RE: Reevaluation of Mifepristone

Good evening:

Attached, please find a draft of HHS/FDA's response the Attorneys General letter. We welcome WH feedback. This draft letter is also still subject to approval by Secretary Kennedy and Commissioner Makary.

Thanks,

(b)(6)
U.S. Department of Health and Human Services

*Predecisional, deliberative, confidential*

-----Original Appointment-----
**From:** (b)(6)
**Sent:** Monday, August 18, 2025 4:36 PM
(b)(6)
**Subject:** Reevaluation of Mifepristone
**When:** Monday, August 18, 2025 5:00 PM-5:45 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://pitc.webex.com (b)(6)

Please see the call in information below if you keep it at 5p. Thanks!

-- Do not delete or change any of the following text. --

**When it's time, join your Webex meeting here.**

Join meeting

**More ways to join:**

**Join from the meeting link**
https://pitc.webex. (b)(6)

**Join by meeting number**

Meeting number (access code): (b)(6)

Meeting password (b)(6) when dialing from a phone)

**Tap to join from a mobile device (attendees only)**
+(b)(6) (b)(6) (b)(6) United States Toll
Some mobile devices may ask attendees to enter a numeric password.

**Join by phone**
+(b)(6) United States Toll
Global call-in numbers

**Join from a video system or application**
(b)(6
You (b)(6) d enter your meeting number.

If you are a host, click here and login site to view host information.

Need help? Go to https://help.webex.com